UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,
   Plaintiff(s),

v().            Case No. 1:12cv182
               (Dlott, J.; Litkovitz, M.J.)

Chanaka V. Delanerolle,
   Defendant(s).

### ORDER

   This matter is before the Court on the parties submission of a joint status report and request to continue the show cause hearing regarding the United States' previously filed petition to enforce IRS summons in this matter (Doc. 8). For good cause shown, the parties request for an additional (30) days to continue to work on a resolution of this matter is **hereby Granted**.

   The parties shall have up to and including **June 15, 2012** in which to file a joint status report in this matter.

**IT SO ORDERED**.

_5/15/12_              _Karen L. Litkovitz_
Date                  KAREN L. LITKOVITZ
awh  May 15, 2012            U.S. Magistrate Judge